# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-0582
LT Case No. 2009-CF-016096-A

_____

CORNELIUS JAMES, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Wayne F. Henderson, St. Augustine, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

July 9, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and JAY and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____